Deutsche Bank Natl. Trust Co. v Adekola

2026 NY Slip Op 02448

April 23, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

Deutsche Bank National Trust Company etc., Plaintiff-Respondent,

v

Jacob Adekola, etc., Defendant-Appellant, Victoria Falae, et. al., Defendants.

Decided and Entered: April 23, 2026

Index No. 380894/10|Appeal No. 6447|Case No. 2025-03923|

Before: Scarpulla, J.P., Friedman, Gesmer, Shulman, Chan, JJ.

Law Office of Earl Williams, Mount Vernon (Earl M. Williams of counsel), for appellant.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Westbury (Joseph F. Battista of counsel), for respondent.

[*1]

Appeal from order and judgment, Supreme Court, Bronx County (Naita A. Semaj, J.), entered March 19, 2025, which, to the extent appealed from as limited by the briefs, granted plaintiff's motion for an order confirming a Referee's report and for a judgment of foreclosure and sale and denied defendant Olushola Adekola's cross-motion to dismiss the complaint, and bringing up for review an order, same court and Justice, entered on or about June 2, 2017, which granted plaintiff's motion for a default judgment and order of reference, unanimously dismissed, without costs, as defendant-appellant Jacob Adekola is not an aggrieved party with standing to appeal the order.

Appellant failed to appear in this action before he filed the notice of appeal, and therefore did not oppose either the motion for a default judgment and an order of reference or the motion for an order confirming the Referee's report and granting a final judgment of foreclosure and sale (CPLR 5511; see Figiel v Met Food, 48 AD3d 330, 330 [1st Dept 2008]). Accordingly, appellant is not aggrieved by Supreme Court's grant of plaintiff's motions, and may not appeal from the resulting order(CPLR 5511; Leader v Parkside Group, 159 AD3d 523, 523 [1st Dept 2018]).

In light of this determination, we need not consider appellant's arguments for affirmative relief.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 23, 2026